**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 2, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00210-CV

**JORDAN WATWOOD AND JOANNA WATWOOD, Appellants**

**V.**

**CHRIS M. CHOW AND ZING VENTURES LLC D/B/A ZING PROPERTY MANAGEMENT, Appellees**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1087021**

## MEMORANDUM OPINION

This is an appeal from a judgment signed on December 12, 2019. On March 27, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain.